IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARC ARRON PETERS,<br>Wichita County Jail No. 68458, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-121-O |
| REGINA NEAL, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Magic Johnson, Lisa Johnson, and Sara Mueller are **DISMISSED** as Plaintiffs in this action without prejudice to their right to refile should they wish to do so.

Plaintiff's claims against Defendants Oates and Sergeant Reynolds are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

Plaintiff's remaining claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**SIGNED** this **4th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE